**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| JUSTINE GARCIA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:15-cv-1621-ORL-41GJ |
| REGIS CORPORATION D/B/A REGIS BEAUTY SALONS, a Foreign Profit Corporation, | ) |
| Defendant. | ) |

**DEFENDANT, REGIS CORPORATION D/B/A REGIS BEAUTY SALONS' FIRST UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

DEFENDANT, REGIS CORPORATION d/b/a REGIS BEAUTY SALONS ("Defendant" or "Regis"), by and through its undersigned counsel, and pursuant to Local Rule 3.01(g), *M.D. Fla. L. R.* and Rule 6(b), *Fed. R. Civ. P.*, hereby moves the Court for an Order extending the time period by 14 days for it to respond or otherwise plead to Plaintiff's Complaint and in support states:

1. The Complaint was served on Defendant on October 5, 2015, accordingly Defendant's response is due to be served on October 26, 2015.

2. Defendant respectfully requests a fourteen (14) day enlargement of time, through and including November 9, 2015, in which to respond to the Complaint.

3. Lead counsel is currently occupied with a family illness and, accordingly, Defendant requests the extension to more fully evaluate the claims by Plaintiff.

4. Defendant's counsel seeks an Order from this Court enlarging the time in which to respond or otherwise plead to Plaintiff's Complaint by fourteen (14) days or through and including November 9, 2015.

**Certificate of Compliance with Local Rule 3.01(g)**

5. The undersigned attorney conferred with opposing counsel, Carlos V. Leach, on October 19, 2015, and he has <u>no objection</u> to the extension or this motion.

**Memorandum of Law**

Pursuant to Federal Rules of Civil Procedure, 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend that time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires …." The reason for the motion, as stated above, sets forth good cause for the enlargement of time requested, and it is being made before the originally prescribed period expires. The intent of this motion is not for purposes of delay, and granting it will not prejudice any party.

[Remainder of page intentionally left blank.]

WHEREFORE, Defendant, Regis, moves the Court for an order extending the time by 14 days, or until November 9, 2015, for it to respond or otherwise plead to Plaintiff's Complaint.

DATED this 20th day of October, 2015.

> Respectfully submitted,
>
> JACKSON LEWIS P.C.
> 390 N. Orange Avenue, Suite 1285
> Orlando, Florida 32801
> Telephone: (407) 246-8440
> Facsimile: (407) 246-8441
>
> By: */s/ Jesse I. Unruh*
> Joanne B. Lambert
> Florida Bar No. 0899062
> lambertj@jacksonlewis.com
>
> Jesse I. Unruh
> Florida Bar No. 0093121
> jesse.unruh@jacksonlewis.com
>
> Attorneys for Defendant REGIS CORPORATION d/b/a REGIS BEAUTY SALONS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October, 2015, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Carlos V. Leach, Esquire, Morgan & Morgan, P.A., 20 N. Orange Avenue, 14th Floor, P.O. Box 4979, Orlando, FL 32802-4979, CLeach@forthepeople.com.

> */s/ Jesse I. Unruh*
> Jesse I. Unruh

4830-0647-3513, v. 1